**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **CASE NO.  7:08-CV-92 (HL)** |
| | : | |
| **v** | : | |
| | : | |
| **$29,690.00 IN UNITED STATES** | : | |
| **FUNDS,** *et al.* | : | |
| **Defendant Property**, | : | |
| | : | |
| **CHARLOTTE ARNETT,** | : | |
| **Claimant.** | : | |
| | : | |

**FINAL ORDER OF FORFEITURE AS TO
THE FIRST-NAMED DEFENDANT PROPERTY**

On July 15, 2008, Plaintiff filed a Verified Complaint for Forfeiture against the Defendant Property.  The Complaint alleges that the First-Named Defendant Property constitutes money furnished or intended to be furnished in exchange for a controlled substance, in violation of the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*, or constitutes proceeds traceable to such an exchange, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).  Pending now before the Court is the United States' Motion For Final Order of Forfeiture as to the First-Named Defendant Property.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1.      Pursuant to a Warrant of Arrest this Court issued on July 15, 2008, an officer for the United States Marshals Service for the Middle District of Georgia arrested and seized the First-Named Defendant Property on July 17, 2008.

2.      The United States perfected service of process of this action on potential claimant Charlotte Arnett, through her attorney.

3.      The United States published notice of this action on an official government website, (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on September 26, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4.      On September 18, 2008, potential claimant Charlotte Arnett, through her counsel of record, Daniel Kane, Esq., filed a Claim and Answer to the Verified Complaint for Forfeiture, asserting claimant Arnett's interest in the Defendant Property.

5.      On April 10, 2009, Claimant Charlotte Arnett, through her counsel, filed an amendment to the Answer, waiving any right or claim to the First-Named Defendant Property.

6.      As of today's date, no other persons or entities have filed a claim and answer in this action and the time for filing claims and answers has now expired.

7.      Plaintiff had probable cause to commence this action against and to seek forfeiture of the First-Named Defendant Property.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

All right, title, and interest in the First-Named Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

SO ORDERED, this 22nd day of April, 2009.


*s/  Hugh Lawson*
_____

HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT


PREPARED BY:

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.  052683